Kent J. Schmidt (SBN 195969)
Bryan M. McGarry (SBC 258156)
**DORSEY & WHITNEY LLP**
600 Anton Boulevard, Suite 2000
Costa Mesa, CA  92626-7655
Telephone: (714) 800-1400
Facsimile:   (714) 800-1499

Attorneys for Defendants Haiting Li,
Zhiyan Li, and Nominal Defendant
Pacific Bepure Industry, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT DYNASTY INTERNATIONAL FINANCIAL HOLDINGS LIMITED,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>HAITING LI AND ZHYAN LI,<br><br>                    Defendants,<br><br>     and<br><br>PACIFIC BEPURE INDUSTRY, INC.<br><br>                    Nominal Defendant. | CASE NO:  **3:13-CV-01734-EMC**<br><br>District Judge<br>Edward M. Chen<br>Ctrm 5 – 17th Floor<br><br>**JOINT STIPULATION NOTIFYING COURT OF SETTLEMENT AND REQUESTING THAT AUGUST 28, 2014 HEARING AND BRIEFING SCHEDULE BE TERMINATED; [P~~RO~~POSED] ORDER**<br><br>Action Filed:  April 17, 2013<br>Trial Date:     None Set |

JOINT STIPULATION RE SETTLEMENT AND REQUEST THAT AUGUST 28, 2014 HEARING AND BRIEFING BE TERMINATED

TO THE HONORABLE COURT, AND TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

Locke Lord LLP, John Kloecker and Sally Mimms (collectively, "Locke Lord") all on the one hand, and Defendants Haiting Li and Zhiyan Li, and nominal defendant Pacific Bepure Industry, Inc. on the other hand (collectively, "Defendants"), through their respective counsel, stipulate, agree, and jointly move the Court as follows:

WHEREAS, on July 10, 2014, the Court issued an Order Denying Defendants' Motion for Rule 11 Inquiry and Granting Sanctions Under the Court's Inherent Authority ( "Order");

WHEREAS, the Order directed (1) that by July 31, 2014, Defendants submit a full accounting of their costs and expenses to date and brief how the attorneys' fees should be allocated to its litigation of the frivolous claims; (2) that by August 14, 2014, GDI's counsel respond; and (3) that a hearing on the issue would occur on August 28, 2014, at 1:30 p.m.;

WHEREAS, Locke Lord and Defendants have entered into a settlement whereby Locke Lord has agreed to pay, and has paid, Defendants an agreed to sum as attorneys' fees;

NOW THEREFORE, based on the foregoing, Defendants and Locke Lord jointly request the Court terminate the hearing that is currently scheduled for August 28, 2014, as well as the briefing schedule in support thereof.

DATED: July 31, 2014                    DORSEY & WHITNEY LLP

By */s/ Bryan M. McGarry*
   Kent J. Schmidt
   Bryan M. McGarry
   Attorneys for Defendants Haiting Li,
   Zhiyan Li, and Nominal Defendant
   Pacific Bepure Industry, Inc.

DATED: July 31, 2014                    LOCKE LORD LLP

By */s/ Thomas Cunningham*
   Thomas Cunningham
   Attorneys for Locke Lord LLP, John Kloecker and
   Sally Mimms

Pursuant to Northern District Local Rule 5-1(i), the filer hereby attests that all other signatories to this "JOINT STIPULATION NOTIFYING COURT OF SETTLEMENT AND REQUESTING THAT AUGUST 28, 2014 HEARING AND BRIEFING SCHEDULE BE TERMINATED" concur in the filing's content and have authorized the filing.

Dated:  July 31, 2014                                     DORSEY & WHITNEY LLP


                                                          By:/s/ Bryan M. McGarry
                                                              Bryan M. McGarry

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __8/4/14__                                                 By: _____
                                                                                   HON.



---

3

JOINT STIPULATION RE SETTLEMENT AND REQUEST THAT AUGUST 28, 2014 HEARING AND BRIEFING BE TERMINATED

## CERTIFICATE OF SERVICE

All Case Participants are registered for the USDC CM/ECF System

*Great Dynasty International Financial Holdings Limited v. Haiting Li, et al*
*Northern District of California Case Number 3:13-CV-01734-EMC*

**JOINT STIPULATION NOTIFYING COURT OF SETTLEMENT AND REQUESTING THAT AUGUST 28, 2014 HEARING AND BRIEFING SCHEDULE BE TERMINATED**

I hereby certify that on July 31, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated:  July 31, 2014                                     DORSEY & WHITNEY LLP


                                                          By:   */s/ Bryan M. McGarry*
                                                                Bryan M. McGarry